IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01327-BNB

MICHEAL DAVID HASTY,

    Plaintiff,

v.

COLORADO HEALTHCARE MANAGEMENT,
R. JOHNSTON,
LIEUTENANT BRANDT #95011,
FRAN LEPAGE - Programs Manager # 84002,
DIANE AL-ABDULIALIL - M.D. Corr. H-Care Mgmt.,
CORRECTIONAL HEALTHCARE MANAGEMENT DIRECTOR,
LORRIE ALLEN [-] Office Mngr. CHCM,
KEVIN MILYARD - Sterling CF Warden,
CAROL SOARES, Asso. Warden,
JOHN CHAPDELAIN - Asso. Warden,
ARISTEDES W. ZAVARAS, Exe. Dir. CDOC,
HEALTHCARE DIRECTOR "SCF," and
DOCTOR IN CHARGE AT "SCF,"

    Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff, Micheal David Hasty, currently is incarcerated at the El Paso County Detention Facility in Colorado Springs, Colorado. Mr. Hasty initiated this action by filing *pro se* a civil rights complaint for money damages pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3), alleging that his constitutional rights have been violated.

On June 23, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Hasty to file within thirty days an amended complaint that named only the proper parties and that asserted the personal participation by the proper parties. On July 2, 2009, Mr. Hasty filed two separate amended complaints, each with different Defendants listed in the

caption, all of whom are included in the caption to this order. The first page to each amended complaint is marked "Amendments to Original." The caption to one amended complaint is marked "Amended Complaint [-] Amendments to Prisoner Complaint" and the caption to the other is marked "Amendments to Prisoner Complaint." Mr. Hasty asserts different claims in the two amended complaints.

By filing two separate amended complaints naming different parties as Defendants and asserting different claims, Mr. Hasty has failed within the time allowed to comply with the June 23, 2009, order for an amended complaint. Accordingly, it is

ORDERED that the amended complaints and the action are dismissed without prejudice for failure to file an amended complaint that complied with the directives of the June 23, 2009, order.

DATED at Denver, Colorado, this ___ day of _____ July _____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01327-BNB

Michael David Hasty
Prisoner No. A0238880/135633
Criminal Justice Center
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/31/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk